**Order filed May 16, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00353-CV

_____

## IN THE INTEREST OF G.C. AND J.C., CHILDREN

**On Appeal from the County Court at Law No. 2**

**Ector County, Texas**

**Trial Court Cause No. CC2-2991-PC**

## O R D E R

In this accelerated parental-termination appeal, each parents' appellate attorney has failed to file a brief. This court previously extended Appellants' briefing deadline and informed Appellants by letter dated March 28, 2013, that their briefs were due to be filed on or before April 15, 2013, and that "no further extensions shall be filed." Despite this court's March 28 letter, neither Appellant filed a brief, but Appellant (J.C.) filed a motion for extension. This court then issued an order on May 2, 2013, in which we stated:

> Upon consideration of the importance of the rights at issue in this case, we grant in part the motion for extension. Appellants' briefs

are now due to be filed in this court on or before **May 9, 2013**. Appellee's brief will be due for filing on or before **May 29, 2013**. The court considers this to be a serious matter in light of the Texas Supreme Court guidelines in cases of this nature. The court will not look upon further requests for extension with favor, and the court will not grant such requests except in cases of extreme necessity. Workload is not a case of extreme necessity. This case will be submitted on briefs on **May 30, 2013**.

Subsequent to this court's May 2 order expressing that further extensions were not to be requested, each Appellant has filed in this court a motion for extension of time in which to file Appellant's brief. As of today, neither Appellant has filed a brief.

The parents' attorneys, **J. ROXANNE BLOUNT** and **KEVIN D. ACKER**, **are ORDERED to appear in person at 9:00 a.m. on Friday, June 7, 2013, in the Commissioner's Courtroom, Midland County Annex, 2110 North "A" Street (corner of "A" and Scharbauer Drive) in Midland, Texas,** to explain to this court why they have continually failed to abide by this court's filing deadlines. At that time, this court may also enter a scheduling order that is enforceable by contempt. The filing of a brief will not excuse the appearance.

PER CURIAM

May 16, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.